In the Matter of JOSEPH R. McCOOEY, Appellant, v GAIL L. ALENIKOV, Respondent. (Appeal No. 1.) [879 NYS2d 742]—Appeal from an order of the Family Court, Herkimer County (Anthony J. Garramone, J.H.O.), entered March 12, 2008 in a proceeding pursuant to Family Court Act article 6. The order, insofar as appealed from, denied in part the violation petition.

In the Matter of JOSEPH R. McCOOEY, Appellant, v GAIL L. ALENIKOV, Respondent. (Appeal No. 2.) [879 NYS2d 742]—Appeal from an order of the Family Court, Herkimer County (Anthony J. Garramone, J.H.O.), entered March 13, 2008 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition to modify a prior order of custody and visitation.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the

decision at Family Court. Present—Martoche, J.P., Smith, Fahey, Carni and Green, JJ.